IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNNY ELLERY SMITH,<br><br>Defendant. | MJ 20-74-GF-JTJ<br><br>(3:16CR00436-1 BR)<br><br>**ORDER** |

The government has moved under Fed. R. Crim. P. 5(c)(3)(D) for an order directing the United States Marshals Service to transport the Defendant Johnny Ellery Smith (Smith) to the District of Oregon, where the original charging documents were filed. The Court conducted a hearing on the motion on October 15, 2020. For the reasons stated in open court,

IT IS HEREBY ORDERED:

1. The government's Motion to Transfer Defendant to the District of Offense (Doc. 2) is GRANTED.

2. The United States Marshals Service shall transport Smith to the

District of Oregon, where the original charging documents were filed.

DATED this 16th day of October, 2020.

                                                             John Johnston
                                                             United States Magistrate Judge